IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01923-WYD-MJW

JOHN GRAESER, individually,
ROENA M. ROWE, individually and as a Personal Representative of the
ESTATE OF GORDON H. HOWE,

    Plaintiffs,

v.

JAMES L. CROSS, and
ROBERT E. CROSS,

    Defendants.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice filed July 27, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 27) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear his or her own costs, expenses and attorney fees.

Dated:  August 8, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge